# United States Court of Appeals
## For the First Circuit

No. 10-1764

SIMON GLIK

Plaintiff - Appellee

v.

JOHN CUNNIFFE, in his individual capacity; PETER J. SAVALIS, in his individual capacity; JEROME HALL-BREWSTER, in his individual capacity; CITY OF BOSTON

Defendants - Appellants

**MANDATE**

Entered: September 20, 2011

In accordance with the judgment of August 26, 2011, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Christopher T. Bavitz
Howard Friedman
David Milton
Ian D. Prior
Anjana Samant
Lisa A. Skehill
Sarah R. Wunsch